Jeffrey S. Goodfried
JGoodfried@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for
Judgment Creditor Stephen A. Roth

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN A. ROTH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW A. WIEDERHORN, an individual,<br><br>Defendant. | Case No. 2:15-mc-00211-UA<br><br>APPLICATION TO VACATE JUDGMENT DEBTOR EXAMINATION SCHEDULED FOR SEPTEMBER 9, 2015, WITHOUT PREJUDICE |

Plaintiff and judgment creditor Stephen A. Roth respectfully requests that the debtor's examination set for September 9, 2015, at the United States District Court, Central District of California, 255 E. Temple, Los Angeles, California, Courtroom 550, at 9:30 a.m. (ECF No. 5) (the "Examination") be vacated without prejudice.

DATED: September 8, 2015.

**PERKINS COIE LLP**

By: /s/ Jeffrey S. Goodfried
Jeffrey S. Goodfried
JGoodfried@perkinscoie.com

Attorneys for
Judgment Creditor