Jeffrey S. Goodfried
JGoodfried@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for Defendant
Judgment Creditor

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN A. ROTH, an individual,<br>Plaintiff,<br>v.<br>ANDREW A. WIEDERHORN, an individual,<br>Defendant. | Case No. 2:15-mc-00211 GHK-MRW<br><br>ORDER VACATING JUDGMENT DEBTOR EXAMINATION SCHEDULED FOR SEPTEMBER 9, 2015, WITHOUT PREJUDICE |

The Court, having reviewed the Application to Vacate Judgment Debtor Examination Scheduled for September 9, 2015, and based on said Application, hereby grants the Application, and ORDERS that the judgment debtor examination of Andrew A. Wiederhorn scheduled for September 9, 2015 is vacated without prejudice.

DATED: September 8, 2015

United States Magistrate Judge
Michael R. Wilner